USDC SCAN INDEX SHEET

Promark Sports Inc v. Jacksonville Jaguars, et al                                                                                                Doc.










```
GAC    7/17/06    14:22
3:06-CV-01433    PROMARK SPORTS INC V. JACKSONVILLE JAGUARS
*2*
*NTCFIN.*
```

Dockets.Justia.com

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
402 W. BROADWAY, SUITE 2300
SAN DIEGO, CA 92101-3542
TELEPHONE: 619.234.6655
FACSIMILE: 619.234.3510

WENDY L. TUCKER, BAR NO. 174407
ATTORNEYS FOR DEFENDANT, JACKSONVILLE JAGUARS, LTD.

FILED
06 JUL 14 PM 3:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PROMARK SPORTS, INC., A Delaware Corporation,

Plaintiff,

v.

JACKSONVILLE JAGUARS, LTD., a Florida Limited Partnership; JACKSONVILLE JAGUARS, a purported Florida Corporation, AND DOES 1 THROUGH 25 INCLUSIVE,

Defendant.

Case No. 06CV 1433 WQH NLS

DEFENDANT JACKSONVILLE JAGUARS, LTD.'S NOTICE OF PARTY WITH FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 40.2

Pursuant to Federal Rule of Civil Procedure 7.1 and USDC Southern District Local Rule 40.2, the undersigned, counsel of record for Jacksonville Jaguars, Ltd. makes the following disclosures:

Jacksonville Jaguars, Ltd. has no parent corporations nor is 10% or more of its stock owned by a publicly-held company.

Dated: July 14, 2006

FOLEY & LARDNER LLP

Wendy L. Tucker
Wendy L. Tucker
Attorneys for Defendant,
JACKSONVILLE JAGUARS, LTD.

ORIGINAL

FOLEY & LARDNER LLP
JACK_548761.1

1

CORPORATE DISCLOSURE
CASE NO.