USDC SCAN INDEX SHEET

Promark Sports Inc v. Jacksonville Jaguars, et al










```
GAC    7/24/06    15:59
3:06-CV-01433    PROMARK SPORTS INC V. JACKSONVILLE JAGUARS
*3*
*PRFSVC.*
```

Dockets.Justia.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
402 W. BROADWAY, SUITE 2300
SAN DIEGO, CA 92101-3542
TELEPHONE: 619.234.6655
FACSIMILE: 619.234.3510

WENDY L. TUCKER, BAR NO. 174407
ATTORNEYS FOR DEFENDANT, JACKSONVILLE JAGUARS, LTD.

FILED

06 JUL 21 PM 3:35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMARK SPORTS, INC., A DELAWARE CORPORATION, <br><br> PLAINTIFF, <br><br> V. <br><br> JACKSONVILLE JAGUARS, LTD., A FLORIDA LIMITED PARTNERSHIP; JACKSONVILLE JAGUARS, A PURPORTED FLORIDA CORPORATION, AND DOES 1 THROUGH 25 INCLUSIVE, <br><br> Defendant. | Case No. 06 CV 1433 WQH NLS <br><br> **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY** |

I, the undersigned, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is Foley & Lardner LLP, 402 W. Broadway, Suite 2300, San Diego, California 92101.

3. On July 14, 2006, I personally served a copy of the Notice to Adverse Party of removal to Federal Court filed July 14, 2006, a copy of which is attached to this Certificate.

///

///

///

FOLEY & LARDNER LLP
SDCA_290485.1

1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
CASE NO. 06 CV 1433 WQH NLS

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct.
3  Executed this 19th day of July, 2006 at San Diego, California.

*[signature]*
Barbara Culp

2

CERTIFICATE OF SERVICE OF NOTICE TO
ADVERSE PARTY OF REMOVAL TO FEDERAL
COURT
CASE NO. 06 CV 1433 WQH NLS

FOLEY & LARDNER LLP
SDCA_290485.1

1  FOLEY & LARDNER LLP
   ATTORNEYS AT LAW
   402 W. BROADWAY, SUITE 2300
2  SAN DIEGO, CA 92101-3542
   TELEPHONE: 619.234.6655
3  FACSIMILE: 619.234.3510

   WENDY L. TUCKER, BAR NO. 174407
4  ATTORNEYS FOR DEFENDANT, JACKSONVILLE JAGUARS,
   LTD..

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| PROMARK SPORTS, INC., A DELAWARE CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>JACKSONVILLE JAGUARS, LTD., A FLORIDA LIMITED PARTNERSHIP; JACKSONVILLE JAGUARS, A PURPORTED FLORIDA CORPORATION AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>DEFENDANTS. | Case No. GIC 867460<br><br>**NOTICE TO ADVERSE PARTY** |

TO:  Clerk of the Superior Court for the
     County of San Diego, Central Division
     330 West Broadway
     San Diego, CA 92101

     Jamie A. Moran
     402 West Broadway, Suite 400
     San Diego, CA 92101

PLEASE TAKE NOTICE that on July 14, 2006, Defendant Jacksonville Jaguars, Ltd., filed a Notice of Removal of this action under 28 U.S.C. §1332 to the United States District Court for the Southern District of California, Case No. 06 CV 1433 WQH NLS, a true and correct copy of which is attached hereto as Exhibit "1." No other process, order or other pleading in this action has been received or filed by defendant to date.

1  Pursuant 28 U.S.C. § 1446(d), no further proceedings shall occur in this
2  court unless and until the case is remanded.

4  Dated:    July 14, 2006                    FOLEY & LARDNER LLP

                                              /s/ Wendy L. Tucker
                                              Wendy L. Tucker
                                              Attorneys for Defendant,
                                              JACKSONVILLE JAGUARS, LTD.

## PROOF OF SERVICE

I am employed in the **County of San Diego, State of California**. I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2300, San Diego, CA 92101-3542**.

On **July 14, 2006**, I served the foregoing document(s) described as:

1. **NOTICE TO ADVERSE PARTY**

2. **DEFENDANT JACKSONVILLE JAGUARS, LTD.'S NOTICE OF PARTY WITH FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 40.2**

on the interested parties in this action as follows:

_X_ BY THE FOLLOWING MEANS:
I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**Jamie A. Moran**
**402 West Broadway, Suite 400**
**San Diego, CA 92101**

X    BY HAND DELIVERY. I delivered the envelope(s) **by hand** to addressee(s).

_x_    Executed on **July 14, 2006**, at **San Diego, California**.

_x_    I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

*(signature)*
Barbara Culp