Promark Sports Inc v. Jacksonville Jaguars, et al                                              Doc.

















GAC    8/1/06    8:59

3:06-CV-01433    PROMARK SPORTS INC V. JACKSONVILLE JAGUARS

*4*

*M.*

Dockets.Justia.com

1  | **FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
402 W. BROADWAY, SUITE 2300
2  | SAN DIEGO, CA 92101-3542
TELEPHONE: 619.234.6655
FACSIMILE: 619.234.3510
3  |

WENDY L. TUCKER, BAR NO. 174407
4  | ATTORNEYS FOR DEFENDANT, JACKSONVILLE JAGUARS,
LTD.



5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  | PROMARK SPORTS, INC., A DELAWARE ) Case No. 06-CV-1433 WQH-NLS
CORPORATION,                          )
11  |                                   )  **DEFENDANT JACKSONVILLE**
                                        )  **JAGUARS, LTD.'S NOTICE OF**
12  |         PLAINTIFF,                 )  **MOTION AND MOTION TO DISMISS**
                                        )  **FOR LACK OF PERSONAL**
        V.                              )  **JURISDICTION OR,**
13  |                                   )  **ALTERNATIVELY, MOTION TO**
JACKSONVILLE JAGUARS, LTD., A           )  **DISMISS OR TRANSFER VENUE**
14  | FLORIDA LIMITED PARTNERSHIP;       )  **FOR IMPROPER FORUM OR,**
JACKSONVILLE JAGUARS, A                 )  **ALTERNATIVELY, MOTION TO**
15  | PURPORTED FLORIDA CORPORATION, AND )  **ABATE OR STAY ACTION**
DOES 1 THROUGH 25 INCLUSIVE,            )
16  |                                   )
        DEFENDANT.                      )  NO ORAL ARGUMENT UNLESS
17  |                                   )  REQUESTED BY THE COURT
                                        )
18  |                                   )  DATE:      September 18, 2006
                                        )  TIME:      11:00 a.m.
19  |                                   )  DEPT:      Courtroom 4
                                        )
20

21          PLEASE TAKE NOTICE that on September 18, 2006 at 11:00 a.m., or as soon

22  | thereafter as the matter may be heard in the above-captioned court, located at 940 Front

23  | Street, Jacksonville Jaguars, Ltd. (the "Jaguars"), pursuant to Federal Rule of Civil

24  | Procedure 12(b)(2) and (3), and 28 U.S.C. § 1406(a) and § 1404(a), will move to dismiss

25  | plaintiff's complaint for lack of personal jurisdiction or, alternatively, dismiss or transfer

26  | venue to the Middle District of Florida, Jacksonville Division for improper forum and/or

27  | *forum non conveniens* or, alternatively, to abate or stay this action pending resolution of a

28



SDCA_291011.1

MOTION TO DISMISS, ETC.
CASE NO. 06-CV-1433 WQH-NLS

1   first-filed action pending in the state court of Florida between the identical parties and

2   concerning the identical factual issues.

3       A memorandum and supporting affidavits are submitted herewith in support of

4   this motion.

5   Dated: July 26, 2006                                   FOLEY & LARDNER LLP

6

7

8   _Wendy L Tucker_

9   WENDY L. TUCKER
    ATTORNEYS FOR DEFENDANT,

10  JACKSONVILLE JAGUARS, LTD.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

SDCA_291011.1

1

## PROOF OF SERVICE

2      I am employed in the **County of San Diego, State of California**. I am over the age of 18

3   and not a party to this action; my current business address is **402 West Broadway, Suite 2300, San Diego, California 92101**

4      On **July 26, 2006**, I served on interested parties the foregoing document(s) described as

5   follows:

6   **1.     DEFENDANT JACKSONVILLE JAGUARS, LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, MOTION TO DISMISS OR TRANSFER VENUE FOR IMPROPER**

7   **FORUM OR, ALTERNATIVELY, MOTION TO ABATE OR STAY ACTION**

8   **2.     MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

9   **OR, ALTERNATIVELY, MOTION TO DISMISS OR TRANSFER VENUE FOR IMPROPER FORUM OR, ALTERNATIVELY, MOTION TO ABATE OR STAY**

10  **ACTION**

11  **3.     AFFIDAVIT OF JOHN A. TUCKER IN SUPPORT OF THE JAGUARS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR,**

12  **ALTERNATIVELY, MOTION TO DISMISS OR TRANSFER VENUE FOR IMPROPER FORUM OR, ALTERNATIVELY, MOTION TO ABATE OR STAY ACTION**

13

14  **4.     AFFIDAVIT OF JAMES WEAVER IN SUPPORT OF THE JAGUARS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, MOTION TO DISMISS OR TRANSFER VENUE FOR IMPROPER FORUM OR,**

15  **ALTERNATIVELY, MOTION TO ABATE OR STAY ACTION**

16  _x_    BY THE FOLLOWING MEANS:
       I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

17

18  Jamie A. Moran
    402 West Broadway, Suite 400

19  San Diego, CA 92101

20

21  x      BY HAND DELIVERY. I personally delivered the envelope(s) to addressee(s).
    ___

22  _x_    Executed on **July 26, 2006**, at **San Diego, California**.

23  _x_          I declare under penalty of perjury under the laws of the State of California that
               the above is true and correct.

24

25  ___          I declare that I am employed in the office of a member of the bar of this court at
               whose direction the service was made.

26                                             _____
                                               Barbara Culp

27

28

1