Case 3:06-cv-01433-WQH-NLS    Document 6    Filed 07/26/2006    Page 1 of 19

USDC SCAN INDEX SHEET

Promark Sports Inc v. Jacksonville Jaguars, et al                                                Doc.

















```
GAC    8/1/06    9:07

3:06-CV-01433    PROMARK SPORTS INC V. JACKSONVILLE JAGUARS

*6*

*AFDT.*
```

Dockets.Justia.com

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
402 W. BROADWAY, SUITE 2300
SAN DIEGO, CA 92101-3542
TELEPHONE: 619.234.6655
FACSIMILE: 619.234.3510

WENDY L. TUCKER, BAR NO. 174407
ATTORNEYS FOR DEFENDANT, JACKSONVILLE JAGUARS, LTD.



FILED
JUL 2 6 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PROMARK SPORTS, INC., a Delaware Corporation,

    Plaintiff,

v.

JACKSONVILLE JAGUARS, LTD., a Florida Limited Partnership; JACKSONVILLE JAGUARS, a purported Florida Corporation, and Does 1 through 25 inclusive,

    Defendant.

Case No. 06-CV-1433 WQH-NLS

AFFIDAVIT OF JOHN A. TUCKER IN SUPPORT OF THE JAGUARS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, MOTION TO DISMISS OR TRANSFER VENUE FOR IMPROPER FORUM OR, ALTERNATIVELY, MOTION TO ABATE OR STAY ACTION

STATE OF FLORIDA

COUNTY OF DUVAL

BEFORE ME, the undersigned authority, personally appeared John A. Tucker, who being first sworn, deposes and says:

1.    My name is John A. Tucker and I am Florida counsel for the Jacksonville Jaguars, Ltd. ("the Jaguars"). I make this affidavit based upon my personal knowledge as indicated below, and I am competent to testify about all matters contained herein.

2.    On behalf of the Jaguars, I filed a declaratory judgment action in Duval County, Florida on May 19, 2006 to determine the parties' respective rights and duties under an Agreement with ProMark Sports, Inc. ("ProMark"). I have filed the attached

JACK_550239.1

1

AFFIDAVIT OF JOHN A. TUCKER III.
CASE NO. 06-CV-1433 WQH-NLS

Return of Service of the Summons and Complaint in said action, which demonstrates that ProMark was served with the Complaint in the Florida action on May 22, 2006. A true and correct copy of the Return of Service is attached hereto as **Exhibit "A."**

3. On the day following ProMark's deadline for filing a responsive pleading, Jamie Moran, counsel for ProMark, contacted me to ask for an extension. As a professional courtesy, I agreed to an extension to answer the Complaint.

4. During that extension period, ProMark's counsel filed its complaint in the Superior Court of California, San Diego County on June 13, 2006, alleging that the Jaguars had breached its obligations under the Agreement.

5. ProMark then answered the Jaguars' Complaint on June 16, 2006. In its Answer, ProMark did not contest personal jurisdiction in the Florida court or otherwise challenge the propriety of the Florida Court to adjudicate the pending claim. A true and correct copy of ProMark's Answer is attached hereto as **Exhibit "B."**

6. The Florida state court has set this matter for trial on November 20, 2006. The parties have selected a mediator and are in the process of scheduling a mediation for sometime in September 2006.

7. Through my research into ProMark, I learned that ProMark has allowed its status as a California corporation to lapse and is currently listed as "forfeited." A true and correct copy of California's website so listing ProMark's corporate status is attached hereto as **Exhibit "C."** I have also learned that ProMark, which is a Delaware corporation, is not in good standing in Delaware either. Rather, its corporate status is "void" for having a delinquent tax status. A true and correct copy of Delaware's website reflecting ProMark's corporate status there is attached hereto as **Exhibit "D."**

1  FURTHER, AFFIANT SAITH NOT.

2  STATE OF FLORIDA
   COUNTY OF DUVAL

3

4  _____
   JOHN A. TUCKER

5

6  Sworn to (or affirmed) and subscribed before me, this 26th day of July, 2006, by John A. Tucker.

7  _____
   Signature of Notary

8

9  JESSIE L. HARRELL
   MY COMMISSION # DD 152144
   EXPIRES: September 22, 2006
   Bonded Thru Notary Public Underwriters

10  (Print, Type or Stamp, Commissioned Name of Notary Public)

11  John A. Tucker is personally known to me.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT OF JOHN A. TUCKER III.
CASE NO. 06-CV-1433 WQH-NLS

Case 3:06-cv-01433-WQH-NLS    Document 6    Filed 07/26/2006    Page 5 of 19

# AFFIDAVIT OF PROCESS SERVER

In The Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida

Jacksonville Jaguars, Ltd., a Florida limited partnership  
Plaintiff(s)  
v  
ProMark Sports, Inc., a Delaware corporation  
Defendant(s)

Case No: 16-2006-CA-03665 XXXX

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served ProMark Sports, Inc., a Delaware corporation

With the (documents) Summons and Complaint

Person Served: Mary Drummond, Business Agent authorized to accept on behalf of Corporation Service Company, Registered Agent

Service Address: 2711 Centerville Road, Suite 400, Wilmington, DE 19808

Date of Service: May 22, 2006           Time of Service: 4:01 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address    ( ) Evading         ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,
_____ at _____, _____ at _____, _____ at _____, _____ at _____.

**Description:** Age: 40's  Sex: F  Race: B  Hgt: 5'6"  Wgt: 135  Hair: Brown  Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

May 22, 2006        at   Wilmington,       Delaware
Date                      City                    State

                                            _____
                                            Daniel Newcomb, Process Server
State of Delaware                           Delaware Attorney Services
New Castle County                           2000 Pennsylvania Avenue, Suite 207
                                            Wilmington, DE 19806 (302) 429-0657

Subscribed and sworn before me, a Notary Public of the State of Delaware on May 22, 2006

Witness My Hand and Official Seal To

                         _____
                         Kimberly J. Ryan  My Commission Expires 6/15/08
                         Notary Public, State of Delaware

EXHIBIT A

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

JACKSONVILLE JAGUARS, LTD., a Florida
Limited Partnership,

    Plaintiff,

vs.

Case No.: 16*2006 CA 03665XXXX

PROMARK SPORTS, INC. a Delaware
corporation,

Division:

    Defendant.

_____/

DIVISION CV-H

## SUMMONS

THE STATE OF FLORIDA:

To all and singular the sheriffs of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on the defendant(s):

ProMark Sports, Inc.
By serving Corporation Service Company, as its Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

    Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose name and address is John A. Tucker, Esquire, Foley & Lardner, LLP, One Independent Drive, Suite 1300, Jacksonville, Florida 32202, telephone: (904) 359-2000, facsimile: (904) 359-8700, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and the seal of this Court on   **MAY 19 2006**

JIM FULLER
Clerk of Court

By: _____
Deputy Clerk

JACK_540944.1

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

JACKSONVILLE JAGUARS, LTD., A a
Florida Limited Partnership

Case No. 16 2006 CA 03665XXXX

        Plaintiff,

Division: CV-H

v.

PROMARK SPORTS, INC.,
a Delaware corporation

        Defendant.

_____/

## ANSWER

NOW COMES DEFENDANT PROMARK SPORTS, INC. (hereinafter "Defendant") and answers plaintiff's complaint on file herein as follows:

### GENERAL DENIAL

Defendant generally denies each and every allegation, whether express or implied, direct or indirect, contained in plaintiff's complaint.

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Cause of Action)**

The complaint, and each and every cause of action contained therein, fails to state facts sufficient to constitute a cause of action against defendant.

### SECOND AFFIRMATIVE DEFENSE

**(Estoppel)**

Defendants allege that plaintiff has engaged in conduct and activities that estop it from

1
ANSWER

EXHIBIT B

asserting any claim or damages or seeking any other relief against Defendant.

### THIRD AFFIRMATIVE DEFENSE

(Waiver)

Plaintiff's complaint is barred by the doctrine of Waiver.

### FOURTH AFFIRMATIVE DEFENSE

(Inconvenient Forum)

Plaintiff's complaint is filed in an inconvenient forum and would

### FIFTH AFFIRMATIVE DEFENSE

(Unclean Hands)

Plaintiff's complaint is barred by the doctrine of Unclean Hands.

WHEREFORE, Defendant prays:

1. That plaintiff take nothing by way of its complaint;

2. For costs of suit herein;

3. For attorney's fees pursuant to contract;

4. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

DATED: 6/17/06

JAMIE A. MORAN, FBN 95028
402 West Broadway, Ste. 400
San Diego, CA 92102
619-269-7868
619-330-2706 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by U.S. mail, first class postage prepaid on June 17, 2006.

John A. Tucker
Foley & Lardner
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P.O. Box 240


ATTORNEY

---

3
ANSWER

Case 3:06-cv-01433-WQH-NLS    Document 6    Filed 07/26/2006    Page 12 of 19

# California Business Portal
### Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of JUN 23, 2006 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| PROMARK SPORTS, INC. | | |
| Number: C2262631 | Date Filed: 9/21/2000 | Status: forfeited |
| Jurisdiction: DELAWARE | | |
| **Address** | | |
| 1020 PROSPECT ST STE 301 | | |
| LA JOLLA, CA 92037 | | |
| **Agent for Service of Process** | | |
| GARY RAVET | | |
| 1020 PROSPECT ST STE 301 | | |
| LA JOLLA, CA 92037 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.


EXHIBIT C

http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2262631&printer=yes    06/29/2006

Division of Corporations - Online Services

 # State of Delaware
### The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware [       ] [go]          Citizen Services | Business Services | \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3286699 | Incorporation Date / Formation Date: | 09/18/2000 (mm/dd/yyyy) |
| Entity Name: | PROMARK SPORTS, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | VOID | Tax Status: | DELINQUENT |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

Additional Information is available for a fee of $20.00. This information will include current franchise tax assessment, current filing history and more..
Would you like  ○ Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov


EXHIBIT D

https://sos-res.state.de.us/tin/controller                                     07/12/2006

# Field Definitions

## FILING HISTORY NUM OF PAGES

This is the number of pages that complete the legal document filed.

## ENTITY TYPE

**A - General** - Type General refers to a legal entity with no special attributes such as non profit or religious.

**B - Bank** - Bank refers to the entity actually existing as a Bank and conducting banking business.

**C - Closed Corp** - (a) A close corporation is a corporation organized under subchapter 342 whose certificate of incorporation contains the provisions required by Section 102 of this title and, in addition, provides that:

(1) All of the corporation's issued stock of all classes, exclusive of treasury shares, shall be represented by certificates and shall be held of record by not more than a specified number of persons, not exceeding 30; and

(2) All of the issued stock of all classes shall be subject to 1 or more of the restrictions on transfer permitted by Section 202 of this title; and

(3) The corporation shall make no offering of any of its stock of any class which would constitute a "public offering" within the meaning of the United States Securities Act of 1933 ?15 U.S.C. Section 77a et seq.| as it may be amended from time to time.

(b) The certificate of incorporation of a close corporation may set forth the qualifications of stockholders, either by specifying classes of persons who shall be entitled to be holders of record of stock of any class, or by specifying classes of persons who shall not be entitled to be holders of stock of any class or both.

(c) For purposes of determining the number of holders of record of the stock of a close corporation, stock which is held in joint or common tenancy or by the entireties shall be treated as held by 1 stockholder.

**D - DISC Corp** - Domestic International Sales Corporation A domestic corporation meeting certain conditions pursuant to federal Internal Revenue Service codes. For more information please visit www.irs.gov and search DISC.

**F - Professional Association** - (1) The term "professional service" shall mean any type of personal service to the public which requires as a condition precedent to the rendering of the service the obtaining of a license or other legal authorization, and which, by reason of law, prior to June 7, 1969, could not be performed by a corporation. In addition, and by way of example without limiting the generality thereof, the personal services which come within this chapter are the personal services rendered by architects, certified or other public accountants, chiropodists, chiropractors, doctors of dentistry, doctors of medicine, optometrists, osteopaths, professional engineers, veterinarians, and, subject to the Rules of the Supreme Court, attorneys-at-law.

(2) The term "professional corporation" means a corporation which is organized, under this chapter, for the sole and specific purpose of rendering professional service, and which has as its shareholders only individuals who themselves are duly licensed or otherwise legally authorized within this State to render the same professional service as the corporation.

**G - General Partnership** - Partnership" means an association of two or more persons formed under Section 15-202 of this title, predecessor law or comparable law of another jurisdiction to carry on any business, purpose or activity.

**I - Regulated Investment Corp.** - A domestic corporation that elects to be treated as an RIC as defined by Section851 of the federal Internal Revenue Code for tax purposes. For more information please visit www.irs.gov and search RIC.

**L - LLP or LLLP** - A partnership (whether General or Limited) that has filed a statement of qualification pursuant to 6 DEL.C. § 15-1001.

**N - Non Title 8** - This refers to an entity that is not regarded as a general corporation pursuant to Title 8.

**R - Non-profit or Religious** - This description type refers to a corporation that sets forth in it's certificate of incorporation or subsequent documents that it is a non-profit corporation. The "Religious" literal does not infer that, in every case, the corporation is for Religious purposes only. The intent is to define the corporation as Non-Profit, charitable corporation which maybe formed for Religious purposes.

**S - Stock, Non-taxable** - This description is to define the corporation as a stock corporation that is not required to pay an annual franchise tax as defined in the Delaware Code. An example may be a corporation that has authorized stock but is formed for charitable purposes.

## FILING HISTORY DESCRIPTION

The type of legal document filed with the Division.

### ENTITY KIND

As defined by Delaware Code, Titles 8, 6, 12, 15, an entity may be one of the following:
Corporation
Limited Partnership
Limited Liability Company
Statutory Trust
Partnership (whether General or Limited Liability Partnership)
Unincorporated Non-Profit Association

### STATUS

All entities formed in Delaware whether active or inactive are defined with a particular status. They are defined as such:

**A - Good Standing** - The entity's existence has not been terminated either voluntarily or administratively.

**C - Cancelled** - A certificate of Cancellation has been voluntarily filed by the entity to terminate its existence. This certificate is filed when an entity has dissolved and at the completion of winding up the entity.

**D - Dissolved** - A certificate of Dissolution has been voluntarily filed by the corporation to terminate its legal existence.

**E - Expired** - A Limited Liability Partnership or Limited Liability Limited Partnership has not filed their annual report in a timely manner. A reinstatement and all Annual Reports that have not been filed, may be filed to reinstate the LLP or LLLP to good standing status. Refer to Title 6, Chapter 15Section1003.

**F - Forfeited** - A corporation has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.

**G - Resign to Appointment** - An Unincorporated Non-Profit Association filed pursuant to Title 6, Chapter 19 may appoint an agent to receive service of process. If such agent resigns from this appointment the entity would show this status.

**J - Cancelled-Voided** - A Limited Partnership, Limited Liability Company or Partnership failed to pay their annual tax for a period of 3 years from the date it is due.

**L - Consolidated** - A Certificate of Merger and Consolidation has been filed. The existence of this entity has terminated and a new entity has been created as a result of the filing.

**M - Merged** - A Certificate of Merger between 1 or more entities has been filed. This entity did not survive the merger but was merged into another entity.

**N - Converted** - A Certificate of Conversion has been filed. This entity has been converted to an entity that is in existence in another jurisdiction.

**P - Revoked** - A Limited Liability Partnership (LLP) that has not filed their Annual Report. The Statement of Qualification or Statement of Foreign Qualification of the LLP has been revoked by the Secretary of State.

**R - Forfeited-Resigned** - A Limited Partnership, Limited Liability Company or Partnership that has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.

**S - Surrendered** - A Certificate of Voluntary Dissolution before issuance of shares or before beginning of business has been filed with the Division of Corporations.

**T - Transfer** - A Certificate of Transfer has been filed and the result of such transfer is the cessation of its existence as an entity of the State of Delaware.

**V - Void** - [redacted] Foreign Corporation that has not filed their annual reports within a 2 year period.

**W - Withdrawal** - A voluntary Certificate of Withdrawal has been filed by the Corporation which is registered/qualified to do business in Delaware as a Foreign Corporation but domestic in another jurisdiction, to terminate it's authority to transact business in the State of Delaware.

**X - Ceased Good Standing** - This represents an entity that failed to pay their annual taxes timely. For example: 2002 taxes due June 1, 2003 were not received by end of day June 1, 2003.

### TAX STATUS

Delinquent Quarterly means a corporation that has greater than $5,000 tax assessment that is paid in quarterly



installments and the current quarterly payment due is late.

Delinquent means there is a current annual tax balance still due.

Current means all current taxes due are paid in full.

### FILING HISTORY DOC CODE

This code is used to enter the filing on our database and indicates the type of filing.

### FILING HISTORY FILING DATE

The date the document was received in our office for filing.

### FILING HISTORY SEQ

This is a system assigned number to place the filing in the correct order on our database.

### ANNUAL TAX ASSESSMENT

Every corporation that authorizes shares of stock in their certificate of Incorporation or subsequent amending documents has an annual tax assessed on those authorized shares. This field reflects the tax assessment for the current tax year.

### LAST ANNUAL REPORT FILED

Every corporation is required by law to file an annual report which is due March 1 annually. This field reflects the most current tax year that has a report on file.

### REGISTERED AGENT INFORMATION

Every corporation shall have and maintain in this State a registered agent in each case, having a business office which generally is open during normal business hours to accept service of process and otherwise perform the functions of a registered agent. Such agent may be an individual or business entity authorized to transact business in the State of Delaware. The data presented in this field denotes the agent name, address and phone number of such agent for the entity you are viewing.

### INCORPORATION DATE OR FORMATION DATE

The date when a certificate to form a new entity becomes effective with the Division of Corporations.

### RESIDENCY

Domestic means that this entity is domiciled in Delaware.

Foreign means that this entity is domiciled in another jurisdiction but registered/qualified to do business in Delaware.

### FILING HISTORY EFFECTIVE DATE

Delaware law provides for a future effective date of a document and this field indicates the effective date of the document as set forth in the contents of said document.

### FILE NUMBER

A unique identifier assigned to each entity incorporated, formed, qualified or registered with the Division of Corporations.

### FILING HISTORY FILING TIME

The time of day the document was received for filing.

### TOTAL AUTHORIZED SHARES

Any stock corporation may authorize shares of stock that may be issued at a future date. This field represents the current total number of shares authorized by the company's certificate of incorporation or subsequent amending documents.

### ENTITY NAME

The current name of an entity as set forth in their certificate of incorporation or formation; or as amended by subsequent documents.