USDC SCAN INDEX SHEET

Promark Sports Inc v. Jacksonville Jaguars, et al                                                                                      Doc.










```
GAC    8/25/06    9:14
3:06-CV-01433    PROMARK SPORTS INC V. JACKSONVILLE JAGUARS
*8*
*O.*
```

Dockets.Justia.com

1  Jamie A. Moran, Esq., SBN 174837
2  402 W. Broadway
   Suite 400
3  San Diego, CA 92101
   619-269-7868
4  Fax 619-330-2706

5  Attorney for Plaintiff, Promark Sports, Inc.

FILED
06 AUG 24 PM 2: 10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMARK SPORTS, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JACKSONVILLE JAGUARS, LTD., a Florida Limited Partnership; JACKSONVILLE JAGUARS, a purported Florida Corporation, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. 06-cv-1433 WQH-NLS<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br>Rule 41(a)(1) |

Plaintiff Promark Sports, Inc. ("Plaintiff") pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) hereby dismisses its complaint against the defendants herein without prejudice.

Respectfully submitted:            Jamie A. Moran, Esq.
                                   Attorney for Plaintiff, Promark Sports, Inc.

Dated: August 24, 2006

IT IS SO ORDERED
DATED 8/25/06

REQUEST DISMISSAL WITHOUT PREJUDICE            Case No. 06-cv-1433 WQH-NLS

ENTERED ON 8-25-06

# DECLARATION OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action. My business address is 402 West Broadway, Suite 400, San Diego, California 92101.

On August 22, 2006, I served the following documents described as **Notice of Dismissal** on the interested parties in Case 06-CV-1433 WQH-NLS by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Wendy L. Tucker
Foley & Lardner
402 West Broadway, Ste 2300
San Diego, CA

**Attorney for Defendant**

☐ **(BY PERSONAL SERVICE):** Personal service accomplished by ☐ _____ Attorney Service or _____, employed by _____, of said documents to the addressee(s) indicated above.

☐ **(BY FACSIMILE):** I caused the foregoing document(s) to be sent via facsimile to the above addressee(s) at the facsimile numbers indicated above.

☒ **(BY MAIL):** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

☐ **(OVERNIGHT SERVICE):** depositing copies of the above document(s) in an envelope or package designated by said service with delivery fees paid and placing same in a box or other facility regularly maintained by: ☐ UPS Next Day Air; ☐ U.S. Express Mail; ☐ Federal Express, with Airbill/Postal Receipt/Tracking No. _____.

☐ **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jamie A. Moran